■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK HARDIE, Appellant. [682 NYS2d 625] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Spires, J.), rendered May 1, 1995, convicting him of criminal possession of a weapon in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the People (*see, People v Contes,* 60 NY2d 620, 621), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. The weight to be accorded to the evidence presented is primarily a question to be determined by the jury, which saw and heard the witnesses (*see, People v Gaimari,* 176 NY 84, 94; *People v Hawkins,* 248 AD2d 634). Its determination should be accorded great weight on appeal and should not be disturbed unless clearly unsupported by the record (*see, People v Morris,* 244 AD2d 361; *People v Dominick,* 243 AD2d 723; *People v Garafolo,* 44 AD2d 86, 88). Upon the exercise of our factual review power, we are satisfied that the verdict was not against the weight of the evidence (*see,* CPL 470.15 [5]). Rosenblatt, J. P., Ritter, Santucci and McGinity, JJ., concur.